COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT, DIVISION 9
CIVIL ACTION NO. 18 CI 005607

MARISSA PAYNE,                                                PLAINTIFF

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,         DEFENDANT

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), by and through its undersigned counsel, has on the __ day of October, 2018 filed a Notice of Removal in the office of the Clerk of the United States District Court for the Western District of Kentucky. A copy of the Notice of Removal is attached hereto at Exhibit "A."

                                               Respectfully submitted,

                                               By: /s/ Kevin Roberts
                                               Kevin Roberts, KY Bar No. 96835
                                               111 Monument Circle, Suite 4600
                                               Indianapolis, IN 46204
                                               Ph.: (317) 916-1300
                                               Fax: (317) 916-9076
                                               kevin.roberts@ogletree.com

                                               ATTORNEYS FOR DEFENDANT

# EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF FILING NOTICE OF REMOVAL* was filed electronically on October 22, 2018 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Daniel E. Moriarty
> danmoriarty@moriartylawoffice.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF FILING NOTICE OF REMOVAL* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

> Daniel E. Moriarty, Esq.
> Daniel E. Moriarty, PLLC
> 301 E. Main St., Suite 720
> Lexington, KY 40507

/s/ Kevin Roberts
Kevin Roberts

2

# EXHIBIT B