IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARISSA PAYNE,

     Plaintiff,

       v.                               Case No.  3:18-cv-00689-DJH-RSE

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

     Defendant.

## NOTICE OF SETTLEMENT

     Defendant, Liberty Life Assurance Company of Boston ("Defendant"), by counsel, notifies the Court that the parties have recently reached a settlement of this matter and request that any pending deadlines be cancelled or stayed. The parties are finalizing the settlement and anticipate filing a Stipulation of Dismissal within 30 days.

                              Respectfully submitted,

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.

                              By: _/s/ Tina M. Bengs_
                              Tina M. Bengs, IN Bar No. 19751-64
                              Admitted  *pro hac vice*
                              56 S. Washington St., Suite 302
                              Valparaiso, IN 46383
                              Ph.: (219) 242-8664
                              Fax: (219) 242-8669
                              tina.bengs@ogletree.com

                              Kevin Roberts, KY Bar No. 96835
                              111 Monument Circle, Suite 4600
                              Indianapolis, IN 46204
                              Ph.: (317) 916-1300
                              Fax: (317) 916-9076
                              kevin.roberts@ogletree.com
                              ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on February 26, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Daniel E. Moriarty
> danmoriarty@moriartylawoffice.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

> NONE

> */s/ Tina M. Bengs*
> Tina M. Bengs