UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARISSA PAYNE,                                               Plaintiff,

v.                                               Civil Action No. 3:18-cv-689-DJH-RSE

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,                                            Defendant.

\* \* \* \* \*

### **ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 19), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

February 27, 2019

                                                         **David J. Hale, Judge**
                                                   **United States District Court**