# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MARISSA PAYNE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 3:18-cv-00689-DJH |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now Plaintiff, Marissa Payne ("Plaintiff"), and Defendant, Liberty Life Assurance Company of Boston (collectively, the "parties"), by and through their respective counsel, and stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DANIEL E. MORIARTY, PLLC

By:   */s/ Daniel E. Moriarty*
Daniel E. Moriarty
301 E. Main Street, Suite 720
Lexington, KY 40507
Ph.: (859) 233-0705
Fax: (859) 233-0705
danmoriarty@moriartylawoffice.com
ATTORNEY FOR PLAINTIFF

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:     /s/ *Tina M. Bengs*
Tina M. Bengs, IN Bar # 19751-64
Admitted *pro hac vice*
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8664
Fax: (219) 242-8669
Tina.bengs@ogletree.com

Kevin Roberts
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
Kevin.roberts@ogletree.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel E. Moriarty
danmoriarty@moriartylawoffice.com

/s/ *Tina M. Bengs*
Tina M. Bengs

37573262.1